**Order entered October 8, 2014**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00146-CR

**ESSIE D. HOPKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-55764-U**

## ORDER

Appellant's October 6, 2014 motion to extend the time to file appellant's brief is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **November 4, 2014**.

/s/    LANA MYERS
        JUSTICE